UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ARMANDO TREJO, JR., <br><br> Plaintiff, <br><br> v. <br><br> US SENATE, et al., <br><br> Defendants. | No. 1:23-CV-067-H-BU |

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to timely serve the defendants, failure to prosecute, and failure to comply with Court orders. Dkt. No. 22. No objections were filed, and the plaintiff has taken no action in this case since February 20, 2024. *See* Dkt. No. 20.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none,[1] the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice for failure to timely serve the defendants, failure to prosecute, and failure to comply with Court orders.

---

[1] The FCR's citation to Federal Rule of Civil Procedure 6(m) as the rule governing the time limit for service, *see* Dkt. No. 22 at 1, 3, appears to be a typographical error. The FCR quotes the language of Rule 4(m) and cites that rule in its conclusion. *See id.* at 3, 4; Fed. R. Civ. P. 4(m).

– 2 –

So ordered on April 29, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE